United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **KEVIN WEBB,** *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-3302 |
| § | CONSOLIDATED WITH |
| § | *Adams v. Livingston, 4:14-cv-3326* |
| **BRAD LIVINGSTON,** *et al*, § | *Togonidze v. Livingston, 4:14-cv-3324* |
| § | |
| Defendants. § | |

### ORDER FOR EXPEDITED RESPONSE AND ORDER SETTING HEARING

Plaintiffs' Emergency Motion to Compel Photographs During Site Inspections (Doc. No. 242) has been filed. A response is required on an expedited basis. All responses should be filed no later than NOON on Tuesday, August 23, 2016.

A hearing regarding the matter is hereby set for Thursday, August 25, 2016, at 10:30 a.m., at 515 Rusk St., Courtroom 3A, Houston, Texas, 77002. Parties may appear by telephone by calling the Court's dial-in number at 713-250-5238.

**IT IS SO ORDERED**.

**SIGNED** in Houston, Texas, on this the 17th day of August, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE