UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN WEBB, *et. al*, | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | CIVIL ACTION NO. 4:14-cv-03302 |
| | § | CONSOLIDATED WITH |
| v. | § | |
| | § | *Adams v. Livingston*, 4:14-cv-03326 |
| | § | *Togonidze v. Livingston*, 4:14-cv-03324 |
| BRAD LIVINGSTON, *et. al*. | § | for pretrial & discovery. |
| | § | |
| *Defendants*. | § | JURY DEMAND |

## ORDER ON PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES

The Court, having considered Plaintiffs' Motion to Compel Responses to Interrogatories, any reply briefing, any arguments of counsel, all other pleadings on file, and all applicable law, hereby GRANTS the motion in its entirety.

Defendant Texas Department of Criminal Justice is hereby ORDERED to furnish complete answers to Plaintiffs' First Set of Interrogatories served on September 30, 2013 for the interrogatories numbered 2, 3, 4, 5, 6, 7, 12, 22, 23, and 24, no later than ten days after entry of this order. All of Defendant's objections to those interrogatories are hereby OVERRULED. Defendant must answer fully, in writing, and under oath with responsive information.

IT IS SO ORDERED.

Dated:_____.

_____
**KEITH ELLISON
UNITED STATES DISTRICT COURT JUDGE**