UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN WEBB, *et. al*, | § § | |
| *Plaintiffs*, | § § § § | CIVIL ACTION NO. 4:14-cv-03302 CONSOLIDATED WITH |
| v. | § § § § | *Adams v. Livingston*, 4:14-cv-03326 *Togonidze v. Livingston*, 4:14-cv-03324 |
| BRAD LIVINGSTON, *et. al*. | § § | for pretrial & discovery. |
| *Defendants*. | § § § | JURY DEMAND |

**PLAINTIFFS' MOTION TO COMPEL RESPONSES TO INTERROGATORIES**

# Exhibit 7
# Summary Exhibit of Global Document Index Entries Referred to by TDCJ's Supplemental Responses to Interrogatories

Exhibit 7                                      1

| Index | ROG | Bates labels | Description (from TDCJ Index, Exhibit 6) |
|---|---|---|---|
| 14 | 3, 4 | TDCJ 1075-1783 | Emails and Attachments from Phyllis McWhorter, sent by Lannette Linthicum, pertaining to Offender Heat Related Illness during calendar year 2011. |
| 15 | 3, 4 | TDCJ 1784-2773 | Emails and Attachments from Phyllis McWhorter, sent by Lannette Linthicum, pertaining to Offender Heat Related Illness during calendar year 2012. |
| 16 | 3, 4 | TDCJ 2774-3616 | Emails and Attachments from Phyllis McWhorter, sent by Lannette Linthicum, pertaining to Offender Heat Related Illness during calendar year 2013. |
| 63 | 3 | TDCJ 7402-7900 | Dr. Linthicum's Heat Related File Folder Correspondence 1998-2011. |
| 66 | 3 | TDCJ 8092-8155 | TDCJ Health Services Division, Heat Related Morbidity and Mortality Reports 2011, 2012, and 2013. Kathryn Buskirk, Director of Quality Monitoring and Compliance. |
| 67 | 3 | TDCJ 8156-8418 | TDCJ Health Services Division, Heat Related Miscellaneous Documents 2011 - September 10, 2014. Kathryn Buskirk, Director of Quality Monitoring and Compliance. |
| 68 | 3 | TDCJ 8419-8925 | TDCJ Health Services Division, Heat Related Emails May 5, 2011 through September 10, 2014. Kathryn Buskirk, Director of Quality Monitoring and Compliance. |
| 79 | 2–6 | TDCJ 9677-9683 | ESI agreement regarding ESI production. Correspondence dated October 27, 2014, signed by Sean Flammer, which includes email string. |
| 80 | 2–6 | TDCJ 9684-14966 | TDCJ O365 ESI, TXPROD002.001 |
| 81 | 2–6 | TDCJ 14967-32082 | TDCJ O365 ESI, TXPROD002.002 |
| 82 | 2–6 | TDCJ 32083-32226 | TDCJ O365 ESI, TXPROD002.003 |
| 83 | 2–6 | TDCJ 32227-38754 | TDCJ O365 ESI, TXPROD002.004 |
| 84 | 2–6 | TDCJ 38755-42896 | TDCJ O365 ESI, TXPROD002.005 |
| 85 | 2–6 | TDCJ 42897-49842 | TDCJ O365 ESI Privilege Log Documentation Referenced. Additional explanation to follow. |
| 86 | 3 | TDCJ 49843-49994 | TDCJ Health Services Division, heat related Lotus notes emails of Phyllis McWhorter from 2011 to October 24, 2014, with supporting affidavit signed by Phyllis McWhorter, dated October 28, 2014. |

Exhibit 7                    2

| Index | ROG | Bates labels | Description (from TDCJ Index, Exhibit 6) |
|---|---|---|---|
| 100 | 3 | TDCJ 50399-51019 | TDCJ Health services division hard copy search for heat and temperature related documentation from Phyllis McWhorter. Records from 2009-2014. |
| 124 | 2–6 | TDCJ 52102-53039 | TXPROD003 (Dead Email Files) Second Component of Defendants' Seventh Supplemental Disclosures to Plaintiffs, sent via secure link share email. |
| 125 | 2–6 | TDCJ 53040-53064 | Privilege Log 4 (PRivLog4), pending additional compilation. |
| 126 | 2–6 | TDCJ 53065-60772 | TDCJ Information Technology Division, Responsive Mainframe Archive Documentation, September 2011. |
| 127 | 2–6 | TDCJ 60773-68699 | TDCJ Information Technology Division, Responsive Mainframe Archive Documentation, April 2012. |
| 128 | 2–6 | TDCJ 68700-75958 | TDCJ Information Technology Division, Responsive Mainframe Archive Documentation, September 2014. |
| 147 | 2–6 | TDCJ 76237-76560 | TDCJ EMS List of Users as of March 4, 2015. |
| 291 | 5, 6 | TDCJ 82925-83430 | TDCJ Administrative Review & Risk Management, Risk Management Executive Summaries of Employee & Offender Injuries & Workers' Compensation Claims Cost, January 2013 through July 2015. |
| 292 | 5, 6 | TDCJ 83431-83494 | TDCJ Administrative Review & Risk Management, Risk Management Executive Summaries of Employee & Offender Injuries & Workers Compensation Claims Costs, from May 2011, through December 2011. |
| 295 | 2, 3 | TDCJ 83509-83626 | TDCJ Mortality Report 2010-2014, provided by UTMB-CMC. |
| 296 | 2, 3 | TDCJ 83627-83753 | TDCJ Executive Services, TDCJ Offender Statewide Mortality Data by Immediate Cause of Death, from Calendar Year 2007-2014. |
| 297 | 2, 3 | TDCJ 83754-83755 | TDCJ Executive Services, Offender Mortality Incidence, by Calendar year & Heat Related Period, 2004-2014. |
| 318 | 23 | TDCJ 85324-85341 | TDCJ Maintenance Department, Facilities Division; installation and maintenance costs associated with HVAC system for TDCJ Units from FY2010 to present, with affidavit dated October 27, 2015. |
| 358 | 24 | TDCJ 85339a | TDCJ Maintenance Department, Facilities Division New Installed AC Projects, September 2009 through June 2015, component of Global Index #318. |
| 360 | 24 | TDCJ 89622-89677 | TDCJ Facilities Division Project Master File, Lewis Unit AC Project. |
| 361 | 24 | TDCJ 89678-89722 | TDCJ Facilities Division Project Master File, Mountain View Unit AC Project. |

Exhibit 7                                                   3

| Index | ROG | Bates labels | Description (from TDCJ Index, Exhibit 6) |
|---|---|---|---|
| 362 | 24 | TDCJ 89723-89780 | TDCJ Facilities Division Project Master File, Stiles Unit AC Project. |
| 363 | 24 | TDCJ 89781-89834 | TDCJ Facilities Division Project Master File, Stringfellow Unit AC Project. |
| 364 | 5, 6 | TDCJ 89835-90071 | TDCJ Emergency Action Center, employee heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (1 of 12) |
| 365 | 5, 6 | TDCJ 90072-90318 | TDCJ Emergency Action Center, employee heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (2 of 12) |
| 366 | 5, 6 | TDCJ 90319-90542 | TDCJ Emergency Action Center, employee heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (3 of 12) |
| 367 | 5, 6 | TDCJ 90543-90785 | TDCJ Emergency Action Center, employee heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (4 of 12) |
| 368 | 5, 6 | TDCJ 90786-91051 | TDCJ Emergency Action Center, employee heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (5 of 12) |
| 369 | 3, 4 | TDCJ 91052-91311 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (6 of 12) |
| 370 | 3, 4 | TDCJ 91312-91559 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (7 of 12) |
| 371 | 3, 4 | TDCJ 91560-91816 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (8 of 12) |
| 372 | 3, 4 | TDCJ 91817-92057 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (9 of 12) |
| 373 | 3, 4 | TDCJ 92058-92368 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (10 of 12) |
| 374 | 3, 4 | TDCJ 92369-92597 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (11 of 12) |
| 375 | 3, 4 | TDCJ 92598-92790 | TDCJ Emergency Action Center, offender heat related documents, with supporting affidavit by Jill Lewis dated November 13, 2015. (12 of 12) |

Exhibit 7   4