**DOCUMENT PLACEHOLDER**

**File Name:**   AC Survey - June 14, 2013 - Fac Notes Added - DRAFT.xls

TDCJ009964

# Texas Department of Criminal Justice
## Survey of Which Units Have Air Conditioning in Housing Areas
### June 2013

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| BR | BRIDGEPORT | All | | X | | |
| T1 | BRIDGEPORT | All | | X | | |
| CV | CLEVELAND | All | | X | | |
| N4 | COTULLA | All offender housing A/C | | X | | |
| JD | DAWSON | All | | X | | |
| DO | DIBOLL | All | | X | | |
| N6 | DUNCAN | All areas are air conditioned | | X | | |
| XQ | EAST TX TREATMENT | All | | X | | |
| VS | ESTES | All | | X | | |
| N5 | FT. STOCKTON | All offender housing A/C | | X | | |
| SO | GLOSSBRENNER | All offender housing A/C | Same design as LeBlanc | X | | |
| BB | HALBERT | All housing areas | | X | | |
| JH | HAMILTON | All housing areas with the exception of 7 cells in Solitary/PHD | | X | | |
| TH | HAVINS | All housing areas | Same design as LeBlanc | X | | |
| LT | HENLEY | All offender housing areas are equipped with air conditioning. | | X | | |
| HG | HOSPITAL GALVESTON | Hospital Galveston is an air condition building and maintained by UTMB | | X | | |
| J4 | JESTER IV | The Jester IV unit has A/C in all housing areas on the unit. | | X | | |
| HM | KEGANS | All housing areas have A/C in living areas and dayrooms | | X | | |
| KY | KYLE | All | | X | | |
| BA | LEBLANC | Has air conditioning in all offender housing areas. | A/C in dorms | X | | |
| LN | LINDSEY | All | | X | | |
| LC | LOCKHART | All | | X | | |
| T3 | LOCKHART WORK | All | | X | | |
| N1 | MARLIN | All housing areas | | X | | |
| T2 | MINERAL WELLS | All | | X | | |
| BM | MOORE, B. | All | | X | | |
| HF | NEY | All offender housing A/C | | X | | |
| N2 | SAN SABA | All housing areas | | X | | |
| SV | SKYVIEW | All housing areas have A/C. | | X | | |
| XM | SOUTH TEXAS | All | | X | | |
| TI | TRAVIS COUNTY | All housing areas | | X | | |
| N3 | TULIA | air conditioning on the entire unit | | X | | |
| XN | WEST TEXAS | All | | X | | |
| WI | WILLACY COUNTY | All | | X | | |
| JA | ALLRED | Expansion Cellblock-A/C / 12 Building- A/C / 10 Building-A/C / all others outside air | Expansion cellblock has A/C | | X | |
| BL | BARTLETT | Seg Only | | | X | |
| NJ | BATEN | Air conditioning in Ad Seg only all others circulate outside air | | | X | |
| BY | BOYD | Segregation has A/C. No other housing areas have A/C. | | | X | |
| BH | BRADSHAW | Seg Only | | | X | |
| DB | BRISCOE | Line Building (Ad-Seg) A/C; no other housing. | | | X | |
| BC | CLEMENTS | Expansion Cellblock-Air Cond / 12 Building-Air Cond / 10 Building-Air Conditioning / all others outside air | Medical beds in the infirmary have A/C | | X | |
| CL | COLE | X-Wing (seg) has A/C. No other housing areas have A/C. | Ad seg has A/C | | X | |
| CY | CONNALLY | 10 Building Medical cells and 12 Building (Ad-Seg) A/C; no other housing | | | X | |
| GV | CRAIN | Part of the housing areas | Valley, Terrace, Hackberry, and Sycamore dorms are A/C. Trusty camp and Terrance and Riverside cellblocks are not A/C | | X | |
| DH | DALHART | A/C in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| DL | DANIEL | A/C in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| BX | DOMINGUEZ | K Building 1 thru 5 A/C; no other housing | Line Bldg G and medical holding cells have A/C | | X | |
| E2 | ESTELLE | High Security has air conditioning, RMF has air conditioning, Geriatric Center has air conditioning | A/C in expansion cellblock | | X | |
| FB | FORMBY | Does not have air conditioning in the dorms. K and X wing have forced air. Ad seg has A/C | | | X | |
| NI | GARZA EAST | G Building (GTR) and Ad Seg have A/C; no other housing | | | X | |
| NH | GARZA WEST | G Building (GTR) and Ad Seg have A/C; no other housing | | | X | |
| GG | GOODMAN | 3 segregated cells are air conditioned | | | X | |
| ND | GURNEY | Seg and K Building have A/C. | | | X | |
| HB | HOBBY | The 7 cells in Ad Seg have air conditioning | Ad Seg has A/C | | X | |

DRAFT

Texas Department of Criminal Justice
Survey of Which Units Have Air Conditioning in Housing Areas
June 2013

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| NF | HOLLIDAY | Administrative Separation is air conditioned (G bldg) | | | X | |
| AH | HUGHES | A/C in Ad Seg Building (504 Cells); 10 Building Medical (15 Medical cells, 2 mental health cells) | | | X | |
| HJ | HUTCHINS | K building (seg) has A/C. No other housing areas have A/C. | | | X | |
| J3 | JESTER III | A/C in part of the housing units | Dorms 15 and 16 and medical cells have A/C | | X | |
| JT | JOHNSTON | Seg has A/C. No other housing areas have A/C. | | | X | |
| JN | JORDAN | A/C in Ad Seg only all others circulate outside air. | Ad seg and medical cells have A/C | | X | |
| GL | LEWIS | 7 cells designated for PHD and Solitary in the back of the Line bldg have air conditioning; Expansion cell block has air conditioning | Expansion cellblock and medical cells have A/C. Ad Seg 4 cell does not. | | X | |
| AJ | LYCHNER | General population has no A/C in living areas. K-Building - Houses ad-seg and J4 offenders have A/C in living areas | Line Bldg G and medical holding cells have A/C | | X | |
| LH | LYNAUGH | Line Building (Ad Seg) A/C; no other housing | | | X | |
| ML | MCCONNELL | 10 Building Medical cells and 12 Building (Ad-Seg) A/C; no other housing | | | X | |
| MI | MICHAEL | Seg has A/C. No other housing areas have A/C. | | | X | |
| NE | MIDDLETON | Administrative Separation | | | X | |
| JM | MONTFORD | main unit is air conditioned for all housing. The trusty camp is not air conditioned. | | | X | |
| CM | MOORE, C. | Seg has A/C. No other housing areas have A/C. | | | X | |
| MV | MT. VIEW | Dorms, MPF and Cellblock only. No A/C in Ad Seg. | | | X | |
| LM | MURRAY | No A/C in general population housing areas. Ad Seg has A/C | | | X | |
| KN | NEAL | Air conditioning in Ad Seg only all others circulate outside air | Ad seg and medical cells have A/C | | X | |
| P1 | PACK | Air conditioning in Ad Seg and Infirmary housing | | | X | |
| TL | POLUNSKY | 10 building and 12 building have A/C | | | X | |
| RH | ROACH | Air conditioning in Ad Seg only all others circulate outside air | | | X | |
| RB | ROBERTSON | 10 & 12 Buildings have air conditioning | | | X | |
| RD | RUDD | Air conditioning in Ad Seg | | | X | |
| RZ | SANCHEZ | Ad-Seg A/C; no other housing | | | X | |
| SY | SAYLE | All housing areas | No A/C in Ad Seg | | X | |
| EN | SEGOVIA | B-2 Housing and Ad Seg with A/C; no other housing | | | X | |
| SM | SMITH | Air conditioning in the Ad Seg (Line Bldg) and ECB (Expansion Cell Block) | | | X | |
| SB | STEVENSON | Line Building (Ad-Seg) and medical beds in infirmary have A/C; no other housing | | | X | |
| ST | STILES | 12-Building and 10-Buiding have A/C. | | | X | |
| TO | TELFORD | 10 Building, W infirmary, and 12 Building have A/C. | | | X | |
| TE | TORRES | Line Building (Ad-Seg) A/C; no other housing | | | X | |
| WL | WALLACE | Air conditioning in Ad Seg only all others circulate outside air | | | X | |
| DW | WARE | A/C in Ad Seg only | | | X | |
| WR | WHEELER | No air conditioning in the dorms. K and X wing have forced air circulation. Ad seg has A/C | | | X | |
| WM | WOODMAN | Dorm - Ad Seg/Transit | | | X | |
| GC | YOUNG | Air conditioned except "C" Dormitory. | Outside dorm does not have A/C | | X | |
| B1 | BETO | Medical beds in infirmary have A/C. No other housing areas have A/C | | | | X |
| DU | BYRD | No A/C in housing areas | | | | X |
| CN | CLEMENS | No offender housing areas have A/C. | | | | X |
| CO | COFFIELD | No housing areas have A/C | | | | X |
| DA | DARRINGTON | No A/C in any of the housing areas. Medical beds in infirmary have A/C | | | | X |
| EA | EASTHAM | No A/C in housing areas | | | | X |
| E1 | ELLIS | No A/C in housing areas | | | | X |
| FE | FERGUSON | No A/C in housing areas | | | | X |
| BJ | GIST | All dorm housing areas are equipped with Air Handler Systems. K-Building Segregation and Transient housing have an A/C System. The A/C system is currently inoperable and a MWR is in place. MWR09712002 - Initiated June 2012 - A/C K-Building - Currently at Facilities. Awaiting NTP. | Medical beds in the infirmary have A/C. A/C in K Building and transit housing remains inoperable. No A/C working in any housing areas at this time. | | | X |
| GR | GOREE | No A/C in housing areas | | | | X |
| HI | HIGHTOWER | Does not have A/C in any of the housing areas. Medical beds in infirmary have A/C. | | | | X |
| HT | HILLTOP | No A/C in housing areas. Dayroom trusty camp has A/C. | | | | X |

DRAFT

**Texas Department of Criminal Justice**
**Survey of Which Units Have Air Conditioning in Housing Areas**
**June 2013**

| Code | Unit | Unit Notes | Facilities Notes | All | Part | None |
|---|---|---|---|---|---|---|
| HD | HODGE | No AC in housing areas | | | | X |
| HV | HUNTSVILLE | No A/C in housing areas | | | | X |
| J1 | JESTER I | No A/C in housing units | | | | X |
| RL | LOPEZ | No A/C in offender housing areas. Medical beds in infirmary have A/C. | | | | X |
| P2 | LUTHER | No A/C in housing areas. Medical infirmary beds have A/C. | | | | X |
| LJ | PLANE | K-Housing area is the only offender housing area that is supposed to be equipped with A/C on the Plane facility. However, the system is not functioning and there is an open Work Order. Unit Maintenance staff are not available at this time to obtain work order information but this information is available upon request. | Remains inoperable | | | X |
| B2 | POWLEDGE | Infirmary beds have A/C. No other housing areas have A/C. | | | | X |
| R1 | RAMSEY | No A/C in any of our offender housing areas. | | | | X |
| RV | SCOTT | No A/C in housing areas. | | | | X |
| R2 | STRINGFELLOW | Just air handlers in housing areas. Medical holding cells have A/C | | | | X |
| R3 | TERRELL | A/C in the unit infirmary which has the capacity to house 12 offenders. | | | | X |
| J2 | VANCE | No A/C in housing units. | | | | X |
| WY | WYNNE | No A/C in housing areas | | | | X |

- ISF
- Privately Owned
- Would be partial but is currently inoperable