| | |
|---|---|
| **From:** | Shelton, Billy W. |
| **Sent:** | Thursday, August 11, 2011 8:32 AM |
| **To:** | Wright, Gary G. |
| **Cc:** | Sadler, Brenda L.; Bass, Val W.; Moore, Christina J.; Tommie Haynes (tommie.haynes@tdcj.state.tx.us) |
| **Subject:** | RE: Further review of offenders on 2 row at Hodge |

Dr. Wright,
One thing Ms Moore failed to mention was that the 81 offenders on 2-Row that were identified to be potentially "at risk" due to medication/medical condition/age were ranked by Nursing staff/ Mr. Lofton into one of three categories. While 75 have been moved, the six offenders that have not been moved (to date) are among those to be considered to be at less risk.

We will continue efforts of finding housing for these offenders in other areas, as well as continue to identify other offenders that are at potential risk due to the extreme heat that we have been experiencing in East Texas. All HSM-18 and PULHES of the Hodge offenders are also being reviewed.
Billy

Billy W. Shelton, Ph.D.
Senior Mental Health Manager – North East District
UTMB Correctional Managed Care
P.O. Box 999 – Rusk, Texas  75785
Office (903) 683-5781 ext 1261
Fax  (903) 683-5781 ext 1678
Cell (903) 752-1124

Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.

**From:** Wright, Gary G.
**Sent:** Thursday, August 11, 2011 8:14 AM
**To:** Shelton, Billy W.
**Subject:** FW: Further review of offenders on 2 row at Hodge


Dr. Gary Wright, DO
NE District Medical Director
Ph# 903-928-2311 ext. 1330
ggwright@utmb.edu

Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibitied.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.

1

UTMBEmails000015147

**From:** Moore, Christina J.
**Sent:** Wednesday, August 10, 2011 2:56 PM
**To:** Wright, Gary G.; Adams, Charles D.
**Subject:** Further review of offenders on 2 row at Hodge

Dr. Wright and Dr. Adams,
Per your request, I have been reviewing additional offender medication and conditions to determine if any other offenders need to be moved down from 2 row. The problem I have, however, is that we managed to identify only 75 offenders on 1 row who could feasibly be moved to 2 row (from a medical standpoint). We had already identified 81 offenders on 2 row on anti-psychotics. Since we already have more to move than can be moved, I don't know that identifying additional conditions is going to do any good, since there is no place to move them to. If you would like me to continue with the identification, I will do so, but would like your guidance first before I spend all the time on this and it ends up being completely unnecessary or wasted information.

I have also researched to determine if the 3 deceased offenders had recreated the day of their death or transfer off-site. The facility maintains records only on the total number of offenders recreating. They do not keep records of the names of the offenders recreating. As such, there is no way to know, without trying to find a particular staff member that might remember whether or not the offender did turn out to recreation. If you would like for me to try to get this information, please advise.


Christina Moore, MPA
Business Manager, Inpatient Operations
University of Texas Medical Branch (UTMB)
Skyview/Hodge Complex: 903/683-5781, Fax 903/683-8909

Confidentiality Notice:  This email transmission contains confidential or legally privileged information that is intended for the individual party or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to the sender and delete the message from your system.  Thank you.