UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| EDNA WEBB, *et al.*, § | |
| Plaintiffs, § | |
| § | No. 4:14-cv-03302 |
| v. § | **Consolidated with** |
| § | *Adams v. Livingston,* 4:14-cv-3326 |
| § | *Togonidze v. Livingston,* 4:14-cv-3324 |
| BRAD LIVINGSTON, *et al.*, § | |
| Defendants. § | |

## DEFENDANT TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S NOTICE OF FOURTH SUPPLEMENTAL DISCLOSURES TO PLAINTIFFS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**NOW COMES** Defendant Texas Department of Criminal Justice (TDCJ), by and through its attorney of record, the Office of the Attorney General for the State of Texas, to give notice to the Court of Defendant TDCJ's Fourth Supplement to Initial Disclosures to Plaintiffs in accordance with Rule 26(a)(1) of the Federal Rules of Civil Procedure.

This supplemental disclosure consists of records which are also responsive to: (a) Plaintiff Kevin Webb's First Requests for Production upon TDCJ numbers 4, 16, 32, and 35, (b) Plaintiffs' Second Consolidated Requests for Production upon TDCJ numbers 3, 12, 35-38, and 66 and (c) Plaintff Kevin Webb's First Request for Production upon Defendant Tommie Haynes number 3. TDCJ's responses to these requests for production were supplemented concurrently with this Fourth Supplemental Disclosure.

DATED: January 13, 2017

Respectfully submitted,

**KEN PAXTON**
Attorney General of Texas

**JEFFREY C. MATEER**
First Assistant Attorney General

**BRANTLEY STARR**
Deputy First Assistant Attorney General

**JAMES E. DAVIS**
Deputy Attorney General for Civil Litigation

**LACEY E. MASE**
Assistant Attorney General
Chief, Law Enforcement Defense Division

/s/*Amanda M. Kates*
**AMANDA M. KATES**
Assistant Attorney General
Co-Counsel
State Bar No. 24075987
Southern District No. 2878366
Amanda.Kates@oag.texas.gov

**HAROLD J. LILLER**
Assistant Attorney General
Co-Counsel
State Bar No. 24029689
Southern District ID No. 351997
Harold.Liller@oag.texas.gov

**CYNTHIA L. BURTON**
Assistant Attorney General
Attorney in Charge
State Bar No. 24035455
Southern District ID No. 35273
Cynthia.Burton@oag.texas.gov.gov

**MATTHEW J. GREER**
Assistant Attorney General
Co-Counsel
State Bar No. 24069825
Southern District ID No. 1171775
Matthew.Greer@oag.texas.gov

**DANIEL C. NEUHOFF**
Assistant Attorney General
Co-Counsel
State Bar No. 24088123
Southern District No. 2374885
Daniel.Neuhoff@oag.texas.gov

Office of the Attorney General of Texas
Law Enforcement Defense Division
P. O. Box 12548, Capitol Station
Austin TX 78711
(512) 463-2080/Fax (512) 936-2109

**ATTORNEYS FOR TDCJ DEFENDANTS**

## NOTICE OF ELECTRONIC FILING

I, **AMANDA M. KATES,** Assistant General of Texas, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 13th day of January, 2017.

/s/Amanda M. Kates
**AMANDA M. KATES**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, **AMANDA M. KATES**, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Defendant Texas Department of Criminal Justice's Notice of Fourth Supplemental Disclosures to Plaintiffs has been served by e-mail and via CMRRR, on this 13th day of January, 2017 addressed to:

*Attorneys for Plaintiffs*
Jeff Edwards
Scott Medlock
David James
The Edwards Law Firm
1101 E. 11th Street,
Austin, Texas 78702-1908

**ViaCMRRR 7010 1870 0000 9847 2950
and via e-mail to:**
**jeff@edwards-law.com**
**scott@edwards-law.com**
**david@edwards-law.com**

*Attorneys for UTMB Defendants*
Lee Haney

**Via e-mail to: Lee.Haney@oag.texas.gov**

Kara Stauffer

**Via e-mail to: Kara.Stauffer@asb.legal**


/s/Amanda M. Kates
**AMANDA M. KATES**
Assistant Attorney General