UNITED STATES DISTRICT COURT
HOUSTON DISTRICT OF TEXAS
SOUTHERN DIVISION

| | | |
|---|---|---|
| KEVIN WEBB, individually and | § | |
| as representative of the Estate of | § | |
| ROBERT ALLEN WEBB, et al. | § | |
| | § | Civil Action No. 4:14-cv-03302 |
| Plaintiff | § | |
| | § | CONSOLIDATED ACTIONS |
| vs. | § | |
| | § | |
| BRAD LIVINGSTON, et al. | § | |
| | § | |
| Defendants | § | |

### DEFENDANTS THE UNIVERSITY OF TEXAS MEDICAL BRANCH AND OWEN MURRAY'S NOTICE OF SUPPLEMENTAL DISCLOSURE

Defendants the University of Texas Medical Branch and Dr. Owen Murray submit that they have supplemented relevant documents and information to all concerned parties. Defendants served upon all concerned parties copies of their Second Supplemental Disclosure on January 23, 2017 and Third Supplemental Disclosure on January 27, 2017.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy Attorney General for Defense Litigation

JAMES E. DAVIS
Deputy Attorney General for Civil Litigation

1

LACEY E. MASE
Division Chief
Law Enforcement Defense Division


/s/ J. Lee Haney_____
J. LEE HANEY
Assistant Attorney General
State Bar No. 00784203
Southern District No. 18544
P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 463-2080
(512) 936-2109 Fax


**ALVAREZ STAUFFER & BREMER, PLLC**

GRAIG J. ALVAREZ
State Bar No. 24001647
Southern District No. 22596

KARA STAUFFER
State Bar No. 24056373
Southern District No. 685342

1221 McKinney Street, Suite 3200
Houston, Texas 77010
(713) 654-1200
(713) 654-4039 (Fax)

**ATTORNEYS FOR DEFENDANTS THE UNIVERSITY OF TEXAS MEDICAL BRANCH AND DR. OWEN MURRAY**

2

## NOTICE OF ELECTRONIC FILING

I, J. LEE HANEY, Assistant Attorney General of Texas, do hereby certify that I have electronically submitted for filing, a correct copy of the foregoing in accordance with the Electronic Case File System of the Southern District of Texas, on February 2, 2017.

/s/ J. Lee Haney_____
J. LEE HANEY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, J. LEE HANEY, Assistant Attorney General of Texas, certify that a true and correct copy of the above and foregoing has been served on all counsel of record via electronic mail on, as authorized by Fed. R. Civ. P. 5(b)(2) in accordance with the electronic case filing procedures of the United States District Court for the Southern District of Texas on February 2, 2017.

/s/ J. Lee Haney_____
J. LEE HANEY
Assistant Attorney General