United States District Court
Southern District of Texas
**ENTERED**
August 02, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ROXANNE MARTONE, Individually and as heir-at-law to the ESTATE OF MICHAEL MARTONE,<br>*Plaintiff*,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>*Defendants*. | CIVIL ACTION NO. 4:13-CV-03369 |
| KEVIN WEBB, Individually and as representative of the ESTATE OF ROBERT ALLEN WEBB, et al.,<br>*Plaintiffs*,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>*Defendants*. | CIVIL ACTION NO. 4:14-CV-03302 |
| RENE ARTURO HINOJOSA, as representative of the ESTATE OF RAMONA HINOJOSA and the ESTATE OF ALBERT HINOJOSA,<br>*Plaintiff*,<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>*Defendants*. | CIVIL ACTION NO. 4:14-CV-03311 |

| | | |
|---|---|---|
| GWEN TOGONIDZE, as the next friend of J.T., a minor child and heir-at-law to the ESTATE OF ALEXANDER TOGONIDZE,<br>　　*Plaintiff,*<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>　　*Defendants.* | §§§§§§§§§§ | CIVIL ACTION NO. 4:14-CV-03324 |
| ASHLEY ADAMS, Individually and as representative of the ESTATE OF RODNEY GERALD ADAMS, and WANDA ADAMS, Individually, et al.,<br>　　*Plaintiffs,*<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>　　*Defendants.* | §§§§§§§§§§ | CIVIL ACTION NO. 4:14-CV-03326 |
| BRADLEY CADDELL,<br>　　*Plaintiff,*<br><br>v.<br><br>BRAD LIVINGSTON, et al.,<br>　　*Defendants.* | §§§§§§§ | CIVIL ACTION NO. 4:14-CV-3323 |

## ORDER

Came this day to be heard the parties' Reurged Joint Agreed Motion for an Extension of deadlines. The Court, after considering the pleading filed herein, **ORDERS** that the Reurged Joint Agreed Motion for an Extension of Deadlines is **GRANTED** and **ORDERS** the scheduling order in the above style cause is modified as follows:

**Adams, et al v. Livingston, et al.**
14-CV-3326
- Discovery Deadline: August 30, 2017
- Dispositive Motions Deadline: September 21, 2017

**Togonidze, et al v. Livingston, et al.**
14-CV-3324
- Expert Designation Deadline: October 6, 2017
- Rebuttal Expert Designation Deadline: October 20, 2017
- Discovery Deadline: November 24, 2017
- Dispositive Motions Deadline: December 22, 2017

**Martone, et al. v. Livingston, et al.**
14-CV-3369
- Expert Designation Deadline: December 29, 2017
- Rebuttal Expert Designation Deadline: January 12, 2018
- Discovery Deadline: February 16, 2018
- Dispositive Motions Deadline: March 16, 2018

**Hinojosa, et al. v. Livingston, et al.**
14-CV-3311
- Expert Designation Deadline: March 23, 2018
- Rebuttal Expert Designation Deadline: April 7, 2018
- Discovery Deadline: May 11, 2018
- Dispositive Motions Deadline: June 8, 2018

**Caddell v. Livingston, et al.**
14-CV-3323
- Expert Designation Deadline: May 16, 2018
- Rebuttal Expert Designation Deadline: May 30, 2018
- Discovery Deadline: July 4, 2018
- Dispositive Motions Deadline: August 1, 2018

Signed on the __2__ day of __August__, 2017.

_____
**JUDGE PRESIDING**