| | |
|---|---|
| From: | Murray, Owen J. |
| Sent: | Wednesday, June 27, 2012 10:00 AM |
| To: | Aronson, Judith F. |
| Subject: | Fwd: Autopsy Report Needed |

JA,
Here is another one they need ASAP. TDC is under fire for some of these heat related deaths and need to respond.
Thanks for your help with both cases.

Ojm

Begin forwarded message:

> **From:** <lannette.linthicum@tdcj.state.tx.us>
> **Date:** June 27, 2012 9:56:22 AM CDT
> **To:** <ojmurray@utmb.edu>
> **Subject: Autopsy Report Needed**
>
> We have not yet received the autopsy report for Jack Taylor, TDCJ #1705533.
>
> Thank you.
>
> Lannette Linthicum, MD, CCHP-A, FACP
> Director, Health Services Division
> Texas Department of Criminal Justice
> Two Financial Plaza, Suite 625
> Huntsville, TX  77340
> (936) 437-3542 (work)
> (936) 437-3541 (fax)
>
> The information contained in this electronic mail and any attachments is intended for the exclusive use of the addressee(s) and may contain confidential, privileged, or proprietary information.  Any other interception or use of these materials is strictly prohibited.  If you have received these materials in error, please notify me immediately by telephone and destroy all electronic information received.