UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EDNA WEBB, *et al*, | § § | |
| Plaintiffs, | § § | |
| VS. | § | CIVIL ACTION NO. 4:14-CV-3302 |
| BRAD LIVINGSTON, *et al*, | § § § | |
| Defendants. | § § | |

## **ORDER**

The parties in this case had previously settled all claims pending in this lawsuit and were awaiting state legislative approval before the settlement could be finalized. The Court has been notified that the Texas legislature approved the settlement in its last legislative session, and thus, the settlement has been finalized. Because all claims have been settled, the case is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 22nd day of July, 2020.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE